**JEFFERY R. MENARD, SBN 248508**
**Menard Law, APC**
437 J St., STE 312
San Diego, CA 92101
Telephone: (858) 869-9529
Fax: (858) 605-6170
Jmenard22@gmail.com

**Thomas Kilburn Shanner, SBN 218515**
Shanner & Associates
7851 Mission Center Ct Ste 208
San Diego, CA 92108
Telephone: (619) 232-3057
Fax: (866) 286-5061
toby@shannerlaw.com

Attorneys for Plaintiffs JOEL B. VOLSKY and SUSAN C. VOLSKY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| JOEL B. VOLSKY and SUSAN C. VOLSKY, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; GREEN TREE SERVICING LLC. and Does 1 through 10 <br><br> Defendants. | Case No.: 13-cv-1177-JLS-WVG <br><br> **NOTICE OF SETTLEMENT** |

1
2
3
4
5

The Plaintiffs hereby notify the Court that they reached a global settlement with all Defendants in its entirety and request that all dates be vacated and a Settlement Disposition Conference be scheduled within 30 days to allow the performance of the terms of the settlement.

Dated: 6/26/2015                                       /s/Jeffery R. Menard

                                                                    Attorney for Plaintiffs