**JEFFERY R. MENARD, SBN 248508**
350 Tenth Ave.
STE 1000
San Diego, CA 92101
Telephone: (858) 869-9529
Fax: (858) 605-6170
Jmenard22@gmail.com

**Thomas Kilburn Shanner, SBN 218515**
Shanner & Associates
7851 Mission Center Ct Ste. 208
San Diego, CA 92108
Telephone: (619) 232-3057
toby@shannerlaw.com

Attorneys for Plaintiffs JOEL B. VOLSKY and SUSAN C. VOLSKY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL B. VOLSKY and SUSAN C. VOLSKY, Plaintiffs, v. BANK OF AMERICA, NATIONAL ASSOCIATION; GREEN TREE SERVICING LLC. and Does 1 through 10 DEFENDANTS. | Case No.: 13-cv-01177-JLS (WVG) **JOINT MOTION TO DISMISS** |

Motion
1

///

Pursuant to Federal Rule of Civil Procedure 41(a), the parties respectfully move the Court for an order dismissing the above-captioned matter in its entirety with prejudice.  Each party shall bear its/her own costs and attorneys' fees.

Dated: 11/4/2015            By: /s/ Jeffery R. Menard___
                            Jeffery R. Menard, attorney for PLAINTIFF


Dated: 11/4/2015            By: /s/ Thomas K. Shanner_
                            Thomas K. Shanner, attorney for PLAINTIFF


                            SEVERSON & WERSON, APC

Dated: 11/4/2015            By:__/s/ Kimberly A. Paese_____
                            KIMBERLY A. PAESE,
                            Attorney for Defendant GREEN TREE
                            SERVICING, LLC


Dated:  11/4/2015            By: /s/ Allan Bareng_____

                            ALLAN BARENG,
                            Attorney for Defendant BANK OF AMERICA, NA

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kimberly A. Paese, counsel for Defendant, GREEN TREE SERVICING, LLC, and that I have obtained Kimberly A. Paese's approval of his electronic signature to this document.

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Allan Bareng, counsel for Defendant,  BANK OF AMERICA, N.A., and that I have obtained Allan Bareng's approval of his electronic signature to this document.

DATED:  11/04/2015

By:      /s/Jeffery R. Menard
                Jeffrey R. Menard
                Attorney for Plaintiffs