UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL B. VOLSKY and SUSAN C. VOLSKY,<br><br>                            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; GREEN TREE SERVICING LLC, and Does 1 through 10,<br><br>                            Defendant. | Case No.:  13cv1177 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 45) |

Presently before the Court is the parties' Joint Motion to Dismiss.  (ECF No. 45.) Good cause appearing, the Court **GRANTS** the parties' Joint Motion to Dismiss.  This action is hereby **DISMISSED WITH PREJUDICE**.  As stipulated, each of the parties shall bear their own costs and attorney's fees.  The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated:  November 12, 2015

Hon. Janis L. Sammartino
United States District Judge

1

13cv1177 JLS (NLS)